## F. B. COLLINS INV. CO. et al. v. WAIDE et al.

No. 8757—Opinion Filed Sept. 10. 1918

(175 Pac. 229.)

### Sale of Ward's Land—Fraud.

Same as No. 8756, F. B. Collins Investment Company, a Corporation, v. Harold L Waide, a Minor, 70 Okla. 191, 173 Pac. 835.

(Syllabus by Rummons, C.)

Error from District Court, Garvin County; F. B. Swank, Judge.

Action by Harold L. Waide, a minor, against the F. B. Collins Investment Company, a corporation, and others. Judgment for plaintiff, and defendants, the F. B. Collins Investment Company, a corporation, the Home Savings & State Bank, a corporation. and Georgia H. Lord, bring error. Reversed and remanded with directions.

A. E. Pearson and W. R. Withington, for plaintiffs in error.

Pyeatt & Butts and Blanton & Andrews, for defendants in error.

Opinion by RUMMONS, C. This case is a companion case to No. 8756, F. B. Collins Investment Co., a Corporation, v. Harold L. Waide, a Minor, 70 Okla. 191, 173 Pac. 835, and was submitted upon the briefs filed in cause No. 8756. Upon the reasoning and authority of said cause No. 8756, the judgment of the trial court should be reversed, and the cause remanded, with directions to proceed in accordance with the opinion handed down by this court in said cause No. 8756.

By the Court: It is so ordered.